```
                                          FILED IN THE
                                        UNITED STATES
                                     BANKRUPTCY COURT

                                      2009 AUG 26  AM 10: 11
```

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202      DISTRICT OF UTAH
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| **MICHAEL BRIAN GRIMES** | **Bankruptcy No. 08-22754** |
| **AMY JO GRIMES,** | **(Chapter 7)** |
| Debtor(s) | Judge R. Kimball Mosier |



## DEPOSIT OF UNCLAIMED FUNDS

    David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Clinton City Corporation<br>2267 North 1500 West<br>Clinton, UT 84015 | $3.69 |



Rocky Mountain Power $1.74
PO Box 25308
Salt Lake City, UT 84123

A check in the amount of $5.43 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 10, 2009

DAVID L. MILLER
Chapter 7 Trustee